UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Respondent. | Case No. 5:21-cv-01220-ODW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"), petitioner's related/supporting submissions, respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), petitioner's response/opposition to the Motion to Dismiss, and all of the records herein, including the October 22, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED that the Motion to Dismiss is granted, the Petition and this action are dismissed without prejudice, and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on counsel for respondent.

IT IS SO ORDERED.

DATED: 11-24-2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE